**MARCIA A. DEVON**
**DEVON & ASSOCIATES**
U.S. Patent & Trademark Reg. 31,947
State Bar No. 91965
400 Oceangate, Suite 800
Long Beach, California 90802
Tel:    (562) 495-4000
Fax:    (562) 628-9274

```
          FILED
CLERK, U.S. DISTRICT COURT

      NOV 1 5 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                      DEPUTY
```

Attorney for Plaintiff
ALLIED 100, LLC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLIED 100, LLC, | Case No.: CV 10-8992 AHM (AGRx) |
| Plaintiff, | [Proposed] |
| vs. | **PERMANENT INJUNCTION** |
| OPUS MEDICAL SERVICES, INC.,  a California Corporation, OPUS MEDICAL PRODUCTS, an unknown business entity, and CRAIG BRALY, an individual, | |
| Defendants. | |

Plaintiff Allied 100, LLC. ("Plaintiff") having commenced the present action including Lanham Act claims [15 USC 1051, 1125 et seq.]  for infringement of a Federally-registered trademark, infringement of a registered U.S. Copyright,  False Designation of Origin, Common Law trademark infringement and Unfair Competition seeking an injunction and other relief against Defendants Opus

1   Medical Services, Inc., dba Opus Medical Products and Craig Braly,

2   ("Defendants").

3       Defendants having entered into a Settlement Agreement with Plaintiff and

4   having stipulated to entry of this Permanent Injunction prohibiting further use of

5   the trademark which includes the words "Aedmegastore", the use of Plaintiff's

6   heart logo trademark and the use of any and all of Plaintiff's proprietary images

7   including those appearing on Plaintiff's copyrighted website.

8       Good Cause Appearing,  IT IS HEREBY ORDERED :

9   1.   Defendants, their agents, employees and representatives,  and all persons

10   acting in concert or in privity with any of them, are permanently enjoined from

11   using "Aedmegastore."

12   2.   Defendants, their agents, employees and representatives,  and all persons acting

13   in concert or in privity with any of them, are permanently enjoined from the use of

14   Plaintiff's heart logo trademark, U.S. Registration No. 3,799,385.

15   3.   Defendants their agents, employees and representatives,  and all persons acting

16   in concert or in privity with any of them, are permanently enjoined from using any

17   and all of Plaintiff's proprietary images, including, but not limited to, Plaintiff's

18   proprietary images displayed on Plaintiff's copyrighted website.

19   DATED: 11/15/11                    By _____

20                                      United States District Court Judge

25   C:\lwp51\Allied 100\Stip Injunction Judgment final.doc

**PERMANENT INJUNCTION**