1  MARCIA A. DEVON
   DEVON & ASSOCIATES
2  U.S. Patent & Trademark Reg. 31,947
3  State Bar No. 91965
   400 Oceangate, Suite 800
4  Long Beach, California 90802
   Tel:  (562) 495-4000
5  Fax:  (562) 628-9274

FILED
CLERK, U.S. DISTRICT COURT
NOV 15 2011
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

6  Attorney for Plaintiff
7  ALLIED 100, LLC.

8
                     UNITED STATES DISTRICT COURT
9
                    CENTRAL DISTRICT OF CALIFORNIA
10

11
12  ALLIED 100, LLC,                  Case No.: CV 10-8992 AHM (AGRx)

13         Plaintiff,                 [Proposed]
                                      PERMANENT INJUNCTION
14     vs.

15  OPUS MEDICAL SERVICES, INC., a
    California Corporation, OPUS MEDICAL
16  PRODUCTS, an unknown business entity,
17  and CRAIG BRALY, an individual,

18         Defendants.

19

20     Plaintiff Allied 100, LLC. ("Plaintiff") having commenced the present action
21  including Lanham Act claims [15 USC 1051, 1125 et seq.] for infringement of a
22  Federally-registered trademark, infringement of a registered U.S. Copyright, False
23  Designation of Origin, Common Law trademark infringement and Unfair
24  Competition seeking an injunction and other relief against Defendants Opus
25

1 | Medical Services, Inc., dba Opus Medical Products and Craig Braly,
2 | ("Defendants").
3 |      Defendants having entered into a Settlement Agreement with Plaintiff and
4 | having stipulated to entry of this Permanent Injunction prohibiting further use of
5 | the trademark which includes the words "Aedmegastore", the use of Plaintiff's
6 | ~~heart logo trademark and the use of any and all of Plaintiff's proprietary images~~
7 | including those appearing on Plaintiff's copyrighted website.
8 |      Good Cause Appearing, IT IS HEREBY ORDERED :
9 | 1. Defendants, their agents, employees and representatives, and all persons
10 | acting in concert or in privity with any of them, are permanently enjoined from
11 | using "Aedmegastore."
12 | 2. Defendants, their agents, employees and representatives, and all persons acting
13 | in concert or in privity with any of them, are permanently enjoined from the use of
14 | Plaintiff's heart logo trademark, U.S. Registration No. 3,799,385.
15 | 3. Defendants their agents, employees and representatives, and all persons acting
16 | in concert or in privity with any of them, are permanently enjoined from using any
17 | and all of Plaintiff's proprietary images, including, but not limited to, Plaintiff's
18 | proprietary images displayed on Plaintiff's copyrighted website.

DATED: 11/15/11          By _____
                                     United States District Court Judge

C:\lwp51\Allied 100\Stip Injunction Judgment final.doc