JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ALLIED 100, LLC, | ) | CASE NO. CV10-08992-AHM (AGRx) |
| Plaintiff(s), | ) ) | ORDER DISMISSING CIVIL ACTION BY VIRTUE OF SETTLEMENT |
| v. | ) ) | |
| OPUS MEDICAL SERVICES, INC., et al., | ) ) ) | |
| Defendant(s). | ) ) | |

The Court having been advised by the parties that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is dismissed with prejudice and the Court enters the Stipulated Permanent Injunction filed on November 15, 2011.

IT IS SO ORDERED.

Date: November 28, 2011

_____
A. Howard Matz
United States District Court Judge

**JS-6**